IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 04–cr–00514–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17. COYLE KENNEDY,

    Defendant.

---

**ORDER**

---

    Upon consideration of the reply filed by Mr. Renner (#1168), it is

    ORDERED that the order to show cause filed December 19, 2005 (#1162) is hereby DISCHARGED.

    Dated this 21st day of December, 2005.

                                                 BY THE COURT:

                                                 s/ Edward W. Nottingham
                                                 EDWARD W. NOTTINGHAM
                                                 United States District Judge